Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00490-CV

Penelope **FANNING**, Ana Bergman, Celia Cisneros,
Barbara Ofsowitz, and Linda McEvoy,
Appellants

v.

James **PLACE** and Gerry Saum,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10922
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Rebecca Simmons, Justice
    Marialyn Barnard, Justice

Delivered and Filed: December 23, 2009

DISMISSED

As per direction of the parties, this appeal arises from a temporary injunction order that was amended by the trial court's First Amended Temporary Injunction, which is the subject of appellate cause number 04-09-00555-CV. Accordingly, this appeal is dismissed as moot.

PER CURIAM